The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Alexandria City Public Schools and
   Alexandria City School Board
   v. Keri Handel
   Record No. 1582-18-4
   Opinion rendered by Judge Huff on
   May 14, 2019

2. Christopher Michael Ellis
   v. Commonwealth of Virginia
   Record No. 0256-18-4
   Opinion rendered by Senior Judge Haley on
   May 28, 2019

3. Braulio Marcelo Castillo, s/k/a
   Braulio Marcello Castillo
   v. Commonwealth of Virginia
   Record No. 0140-17-4
   Opinion rendered by Judge Malveaux on
   June 4, 2019

4. Johnathan Reeves Robinson
   v. Commonwealth of Virginia
   Record No. 1679-17-2
   Rehearing en banc opinion rendered by Judge Beales on
   June 18, 2019

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Lee Alden Mooney
   v. Commonwealth of Virginia
   Record No. 1055-17-2
   Opinion rendered by Judge AtLee
      on August 7, 2018
   Judgment of Court of Appeal affirmed by opinion rendered on June 27, 2019
   (181164)

2. Marvin Kevin Midgette
   v. Commonwealth of Virginia
   Record No. 1692-17-1
   Opinion rendered by Judge Malveaux
      on October 30, 2018
   Refused (181520)

3. Daniel Gordon Anderson
   v. Commonwealth of Virginia
   Record No. 1228-17-1
   Opinion rendered by Judge Chafin
      on November 6, 2018
   Refused (181616)

4. Santraun Deshaud Speller
   v. Commonwealth of Virginia
   Record No. 1826-17-1
   Opinion rendered by Judge Petty
      on November 6, 2018
   Refused (181587)

5. Mitchell Larnell Bennett
   v. Commonwealth of Virginia
   Record No. 1200-17-3
   Opinion rendered by Chief Judge Decker
      on November 20, 2018
   Refused (190198)

6. Cathleen Nelson and William Nelson
   v. Middlesex Department of Social Services and
      John and Jane Doe
   Record No. 2041-17-2
   Opinion rendered by Judge Russell
      on November 20, 2018
   Refused (181657)

7. Dominque Jamar Jones, s/k/a
   Dominique Jamar Jones
   v. Commonwealth of Virginia
   Record No. 1504-17-2
   Opinion rendered by Judge Humphreys
     on December 26, 2018
   Refused (190134)

8. Donald Jamar Johnson
   v. Commonwealth of Virginia
   Record No. 2089-17-2
   Opinion rendered by Judge Beales
     on January 15, 2019
   Refused (190199)

9. Andre Jones
   v. Crothall Laundry and
     New Hampshire Insurance Company
   Record No. 1070-18-4
   Opinion rendered by Chief Judge Decker
     on February 12, 2019
   Dismissed pursuant to Rule 5:14(a) (190320)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Carnell Carrington
   v. Aquatic Company, et al.
   Record No. 0628-17-2
   Memorandum opinion rendered by Judge AtLee
     on January 23, 2018
   Judgment of Court of Appeals affirmed by opinion rendered on July 18, 2019
   (180243)

2. Michael Anthony Young
   v. Commonwealth of Virginia
   Record No. 0265-17-4
   Memorandum opinion rendered by Judge Alston
     on March 20, 2018
   Judgment of Court of Appeal affirmed by opinion rendered on July 3, 2019
   (180515)